

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 3, 2020

**SO ORDERED**
The status conference is scheduled for February 13, 2020 is adjourned to March 17, 2020 at 10:00 a.m.

*[signature]* George B. Daniels
HON. GEORGE B. DANIELS

**BY ECF**

The Honorable George B. Daniels
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. William Bradley, a/k/a "Red," 19 Cr. 632 (GBD)

Dear Judge Daniels:

A status conference in the above-captioned case is scheduled for February 13, 2020, at 10 a.m. The Government writes respectfully to request that the Court adjourn the status conference for approximately 30 days.

The Government and the defense have been actively engaged in discussions regarding possible pre-trial disposition. However, the parties do not expect to be able to complete these discussions prior to the scheduled conference. Therefore, the Government requests that the Court adjourn the status conference for approximately 30 days, to allow these discussions to continue.

In the event that the Court grants the requested adjournment, the Government respectfully requests that the Court exclude time under the Speedy Trial Act, from February 13, 2020 to the date that the conference is rescheduled, to permit the parties to continue discussions of possible pre-trial disposition. The Government submits that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

The undersigned has conferred with counsel for the defendant, who has consented to the adjournment and exclusion of time.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Brett M. Kalikow
Assistant United States Attorneys
(212) 637-2220

cc: Jean Barrett, Esq. (via ECF)