UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
UNITED STATES OF AMERICA,

-against-

WILLIAM BRADLEY,

                                Defendant.
------------------------------------- x

ORDER

19 Cr. 632-1 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 2 6 2020

GEORGE B. DANIELS, United States District Judge:

The April 21, 2020 conference is adjourned to June 23, 2020 at 10:00 a.m.

Dated: New York, New York
      March 24, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge