UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

    -against-

ORDER

WILLIAM BRADLEY, a/k/a Sealed Defendant 1,
a/k/a Red,

19 Crim. 632-1 (GBD)

                  Defendant.

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

Defendant's motion for reconsideration of the denial of his motion for temporary release on bail, (ECF No. 28), is DENIED. The Clerk of the Court is directed to terminate the motion accordingly.

Dated: New York, New York
      April 14, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge