UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

WILLIAM BRADLEY,

             Defendant.

------------------------------------- x

ORDER

19 Cr. 632 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The status conference currently scheduled for January 5, 2021 is adjourned to March 9, 2021 at 10:00 a.m. Time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), until that time.

Dated: New York, New York
       January 4, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge