**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

WILLIAM BRADLEY,

              Defendant.

------------------------------------- x

ORDER

19 Cr. 632 (GBD)

GEORGE B. DANIELS, United States District Judge:

The status conference is adjourned from May 25, 2021 to June 9, 2021 at 9:00 a.m.

Dated: New York, New York
       May 24, 2021

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge