

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 28, 2021

**BY ECF**

The Honorable George B. Daniels
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**SO ORDERED:**

*George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: JUN 0 1 2021

Re: United States v. William Bradley, a/k/a "Red," 19 Cr. 632 (GBD)

Dear Judge Daniels:

A status conference in the above-captioned case was adjourned from May 25, 2021 to June 9, 2021, in part to allow for the coordination of the necessary logistics for the defendant's appearance in light of the COVID-19 pandemic. In the interim, the parties have continued to engage in discussions regarding possible pre-trial disposition. In light of the foregoing, the Government respectfully requests that the Court exclude time under the Speedy Trial Act, from May 25, 2021 to June 9, 2021. The Government submits that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

The undersigned has conferred with counsel for the defendant, who has consented to the exclusion of time.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: *Brett M. Kalikow*
Brett M. Kalikow
Assistant United States Attorneys
(212) 637-2220

cc: Jean Barrett, Esq. (via ECF)