UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

UNITED STATES OF AMERICA,

-against-

WILLIAM BRADLEY,

Defendant.

------------------------------------- x

ORDER

19 Cr. 632 (GBD)

GEORGE B. DANIELS, United States District Judge:

The sentencing is adjourned from September 28, 2021 to November 9, 2021 at 10:00 a.m.

Dated: New York, New York
       September 13, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge