UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

                Plaintiff-Respondent,

    -against-

WILLIAM BRADLEY,

               Defendant-Petitioner.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

19 Cr. 632 (GBD)

GEORGE B. DANIELS, United States District Judge:

On June 30, 2022, this Court received, by mail, Petitioner's *pro se* motion for reduction of sentence pursuant to 18 U.S.C. § 3582 (c)(1)(A).

The Government is ordered to respond to Petitioner's *pro se* motion for reduction of sentence by September 26, 2022.

Dated: New York, New York
        August 17, 2022

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge