**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------- x

UNITED STATES OF AMERICA,

-against-

WILLIAM BRADLEY,

          Defendant.

------------------------------------- x

ORDER

19 Cr. 632 (GBD)

GEORGE B. DANIELS, United States District Judge:

Paragraphs 51 and 52 of the Defendant's Amended Presentencing Investigation Report ("PSR"), dated December 3, 2021, are hereby stricken. The revised PSR should be sent to the Bureau of Prisons.

Dated: New York, New York
       August 23, 2022

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge