UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
UNITED STATES OF AMERICA,

                Plaintiff-Respondent,

    -against-

WILLIAM BRADLEY,

               Defendant-Petitioner.

------------------------------------ x

ORDER

19 Cr. 632 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Petitioner's letter requests for assignment of counsel and leave to amend are DENIED.

    The Government is ordered to respond to the Petitioner's motion for reduction of sentence by October 3, 2022.

Dated: New York, New York
       September 12, 2022

                                      SO ORDERED.

                                      *George B. Daniels*
                                      GEORGE B. DANIELS
                                      United States District Judge