UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

UNITED STATES OF AMERICA,

                            Plaintiff-Respondent,

   -against-

WILLIAM BRADLEY,

                          Defendant-Petitioner.

------------------------------------ x

ORDER

19 Cr. 632 (GBD)

GEORGE B. DANIELS, United States District Judge:

Petitioner's letter request for an extension of time to respond to the Government's opposition to his motion for compassionate release (ECF No. 81) is GRANTED. Petitioner may reply to the Government's opposition by December 2, 2022.

    The Clerk of Court is instructed to close ECF No. 82 accordingly.

Dated: New York, New York
       October 27, 2022

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge